IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:25-PO-083 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | INFORMATION |
| | : | |
| LACHLAN DAVIES, | : | 18 U.S.C. § 113(a)(5) |
| | : | 18 U.S.C. §§ 7 & 13 |
| | : | O.R.C. § 2917.11(A)(1) |
| Defendant. | : | |
| | : | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

(18 U.S.C. § 113(a)(5))

On or about July 3, 2025, in the Southern District of Ohio, on Wright Patterson Air Force Base, the Defendant, **LACHLAN DAVIES**, did commit a simple assault upon an individual with the initials "D.D.".

In violation of 18 U.S.C. § 113(a)(5).

### COUNT 2

(18 U.S.C. §§ 7 & 13 and O.R.C. § 2917.11(A)(1))

On or about July 3, 2025, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, **LACHLAN DAVIES**, did recklessly cause

inconvenience, annoyance, and alarm to another by engaging in fighting, in threatening harm to persons or property, or in violent or turbulent behavior.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 2917.11(A)(1).

KELLY NORRIS
Acting United States Attorney

JAMES W. KITCHEN
Special Assistant United States Attorney