**IN UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs** | ) | **Case No. 3:25-PO-83** |
| | ) | |
| | ) | |
| **Lachlan Davies** | | |

---

**ORDER TERMINATING PROBATION**

---

On July 1, 2026, the above named Defendant commenced his (6) six months term of probation. Based on the recommendation of the U.S. Probation Department and for good cause shown, it is hereby ordered that the term of probation be terminated, effective November 2, 2026.

**IT IS SO ORDERED.**

The Honorable Peter B. Silvain, Jr.
United States Magistrate Judge

10/29/26
Date